UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

IKE WEEKS (#339028)

VERSUS

N. BURL CAIN, ET AL

CIVIL ACTION

NUMBER 13-451-JWD-SCR

## RULING

The Court has carefully considered the petition, the record, the law applicable to this cation, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated September 16, 2014 (doc. 13). The petitioner has filed an objection( doc. 14) and a partial objection (doc. 15) was filed by the respondent, which have been duly considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.

According, **IT IS ORDERED** that the Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody filed by Ike Weeks is denied.

**IT IS FURTHER ORDERED** that a certificate of appealability is denied for the reasons set forth in the report and recommendation issued by the Magistrate Judge.

Signed in Baton Rouge, Louisiana, on October 2, 2014.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA